## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. KRIS PRUNER; and<br>2. JERRY PRUNER,<br>　　　　Plaintiffs,<br>vs.<br>1. STATE FARM MUTUAL<br>　　AUTOMOBILE INSURANCE<br>　　COMPANY,<br>　　　　Defendant. | No. CIV-16-340-M<br><br>*Honorable Vicki Miles-LaGrange* |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), the Plaintiffs, Kris Pruner and Jerry Pruner, and Defendant, State Farm Mutual Automobile Insurance Company, jointly stipulate to the dismissal of this action with prejudice to future filing. Each party will bear their own costs and attorney's fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of the Plaintiffs against the named Defendant be dismissed with prejudice.

Respectfully submitted,

s/Darren M. Tawwater　　　　　　　　　　s/Joseph T. Acquaviva, Jr.
Darren M. Tawwater, OBA #18854　　　　Joseph T. Acquaviva, Jr., OBA #11743
Piper E. John, OBA #14554　　　　　　　Elizabeth A. Snowden, OBA #22721
dtaw@tawlaw.com; piper@tawlaw.com　　JTAcqua@aol.com
**THE TAWWATER LAW FIRM, P.L.L.C.**　　beths@wcalaw.com
One TSquared Place　　　　　　　　　　**WILSON, CAIN & ACQUAVIVA**
14001 Quail Springs Parkway　　　　　　300 Northwest 13th Street, Suite 100
Oklahoma City, OK 73134　　　　　　　Oklahoma City, OK 73103
**ATTORNEYS FOR PLAINTIFFS**　　　　**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF MAILING**

On this 9th day of January, 2016, a true and correct copy of the above and foregoing was mailed to the following counsel of record:

Larry D. Tawwater
Darren M. Tawwater
**THE TAWWATER LAW FIRM, P.L.L.C.**
One TSquared Place
14001 Quail Springs Parkway
Oklahoma City, OK 73134
lat@tawlaw.com
dtaw@tawlaw.com
**ATTORNEYS FOR PLAINTIFFS**

                                           s/Joseph T. Acquaviva, Jr.
                                           Joseph T. Acquaviva, Jr.